IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-103 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| SAIDOU YERO DIA, | : | |
| Defendant. | : | |

**ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION (Doc. 47)**

This matter is before the Court on Defendant Saidou Yero Dia's Motion for Early Termination (Doc. 47). The Government did not respond to the Motion, and the time to do so has passed. The matter is thus ripe for review. For the foregoing reasons, Defendant's Motion (Doc. 47) is **DENIED**.

## BACKGROUND

Defendant Saidou Yero Dia used a false identity and included other false statements on an application for asylum after learning that his original asylum application was to be denied. (*See* Statement of Facts, Doc. 38, Pg. ID 135.) The U.S. Immigration and Naturalization Service ("INS") then granted asylum to Defendant under this fictitious name. (*Id.*) With his false identity, Defendant became a naturalized citizen and then applied for a U.S. passport. (*Id.*) On March 6, 2023, Defendant pled guilty to Count 2 of the Indictment, False Statement in Application of a Passport. (3/6/2023

Minute Entry.) On September 13, 2023, Defendant was sentenced in the Southern District of Ohio to three years of probation. (Judgment, Doc. 45.) In his Motion, Defendant indicates that he wishes to travel to support his sick wife. (Motion, Doc. 47.) He asks that the Court terminate his probation early to allow him to do so. (*Id.*)

## LAW & ANALYSIS

A district court may "terminate a term of probation previously ordered and discharge the defendant at any time [. . .] after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). In analyzing the interest of justice, the Court considers the following factors set forth in 18 U.S.C. § 3553(a):

1. The nature and circumstances of the offense and the history and characteristics of the defendant;

2. The need for the sentence imposed to afford adequate deterrence to criminal conduct;

3. The need for the sentence imposed to protect the public from further crimes of the defendant;

4. The need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

5. The kinds of sentence and the sentencing range established for [the defendant's crimes];

6. Any pertinent policy statements issued by the Sentencing Commission;

7. The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct;

8. The need to provide restitution to any victims of the offense.

2

*Id.*; *see also United States v. Wilkinson*, 3:18-CR-9, 2022 WL 1626575, at *1 (W.D. Ky. May 23, 2022).

Applying this analysis, the Court concludes that an early termination of Defendant's probation is unwarranted. Although he has satisfied the one-year requirement and has served over two years of his three-year term, the Court finds that termination of his probation would be inappropriate. Indeed, the § 3553 factors weigh against early termination. To start, the nature and circumstances of his original crime were serious; Defendant does not analyze this factor or any § 3553 applicable factors to show why they favor early termination. But, more importantly, Defendant has not indicated why his conduct while on probation warrants an early termination. In fact, he has not provided the Court with any evidence of his conduct while on probation. Although the Court is sympathetic to Defendant's desire to assist his ailing wife, Defendant's conduct and the interests of justice do not warrant early termination of his probation.

## CONCLUSION

For the reasons above, the Court **DENIES** Defendant's Motion for Early Termination of Probation (Doc. 47).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND